

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

November 13, 2023

**VIA ECF**

Hon. Jesse M. Furman
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED.  Sentencing is hereby ADJOURNED to January 25, 2024, at 3:00 p.m. The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

November 14, 2023

Re: **United States v. Anthony Gomez**
    **23-cr-434 (JMF)**

Dear Judge Furman:

    I am CJA counsel to the above refenced defendant. I write, with no objection from the government, to respectfully request that the Court adjourn Mr. Gomez's sentencing, currently scheduled for November 30, 2023, for approximately 60 days.

    Currently, the defense's sentencing submission is due to the Court on November 16. Defense counsel needs additional time to gather materials and prepare a thorough sentencing submission on Mr. Gomez's behalf.

    Therefore, with no objection from the government, the defense respectfully requests a 60 day adjournment of Mr. Gomez's sentencing and the corresponding deadlines for sentencing submissions.

    I thank the Court for its attention to this matter.

Respectfully submitted,

MORVILLO PLLC

BY: _____/s/_____

Gregory Morvillo

cc: All Parties (via ECF)